Prepared by State Reporter from Appeal Papers

other July 20, 1926, each affirming a judgment in favor of one of the defendants herein and against the plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendants. Plaintiff's claim for damages was based upon the contention that his injuries were caused by the leakage of acid liquid waste from a drain conveying such waste from the place of business of one of the defendants which occupied as tenant a portion of the floor of a building of which the other defendant was landlord down through the floor below where plaintiff worked as a printer for his employer, a corporation which occupied the lower floor as tenant. It was contended that the trial court incorrectly charged " that there was no duty on either defendant to go in there and repair the pipe until they had some notice of this particular leak."

*Everett F. Warrington* for appellant.

*Arthur Butler Graham* and *Henry W. Reynolds* for William Steiner Sons & Co., Inc., Respondent.

*Walter G. Evans* and *Grattan B. Shults* for Oscar Bach Studios, Inc., respondent.

Judgments affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.

---

OTTO KUNZE, an Infant, by FRED KUNZE, His Guardian ad Litem, Respondent, *v.* THE PICTORIAL REVIEW COMPANY, Appellant.

*Negligence — motor vehicles — boy seven years of age running in street struck by automobile approaching from behind.*

*Kunze* v. *Pictorial Review Co.*, 218 App. Div. 829, affirmed.
(Argued October 20, 1927; decided November 22, 1927.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 9, 1927, modifying and affirming as

modified a judgment in favor of plaintiff entered upon
a verdict in an action to recover for personal injuries
alleged to have been sustained by plaintiff through the
negligence of defendant. Plaintiff, a boy seven years
old, while running diagonally across Forty-first street
near Tenth avenue in the city of New York was struck
by defendant's automobile approaching from his rear.
There was evidence that defendant's chauffeur had a
clear view of the boy for at least one hundred feet but
made no attempt to check or stop his car.

*George F. Hickey, Henry L. Ughetta* and *William
Butler* for appellant.

*Otto D. Parker* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS,
LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.

In the Matter of the Estate of ALBERT SIMONSON,
Deceased.

NETTIE I. SIMONSON et al., as Executors, Appellants;
STATE TAX COMMISSION, Respondent.

*Tax — transfer tax — decedent's estate — constitutional law — life estate
with contingent remainder — tax properly levied on value of life interest
and also on entire corpus of trust estate to be paid to and held by Tax
Commission — validity of chapter 144 of Laws of 1925.*

*Matter of Simonson,* 219 App. Div. 656, affirmed.

(Argued October 20, 1927; decided November 22, 1927.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
March 4, 1927, which affirmed an order of the New York
County Surrogate's Court assessing a transfer tax upon
the estate of Albert Simonson, deceased. The con-
stitutionality and interpretation of amendments to section
230 of the Tax Law made by chapter 144 of the Laws of
1925 were involved. Decedent left part of his estate in
trust for the benefit of two daughters with contingent
remainder. An inheritance tax was levied upon the